1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    EASTERN DISTRICT OF CALIFORNIA
8                              FRESNO DIVISION
9

| | |
|---|---|
| Margarita Guzman,<br><br>             Plaintiffs,<br><br>   vs.<br><br>Kings Credit Services; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 1:11-cv-01249-LJO -SKO<br><br>**ORDER ON RENEWED JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY** |

Having reviewed the Parties' Renewed Joint Motion to Extend Time to Complete Discovery, it is ordered that the non-dispositive discovery deadline is extended to May 25, 2012.

IT IS SO ORDERED.

Dated:   **March 28, 2012**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE