Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Defendant KINGS CREDIT SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| MARGARITA GUZMAN, | Case No.: 11-CV-01249-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE; AND PROPOSED ORDER** |
| v. | |
| KINGS CREDIT SERVICES; and DOES 1-10, inclusive, | TRIAL DATE: November 6, 2012 |
| Defendants. | |

Having reviewed the Parties' stipulation to vacate and reschedule the current settlement conference date and good cause appearing, the Court hereby vacates the settlement conference scheduled for April 10, 2012. The case is set for a Settlement Conference before Magistrate Judge Shelia K. Oberto on July 31, 2012, at 10:00 a.m., at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721.

IT IS SO ORDERED.

Dated:   **April 2, 2012**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

- 1 -

-title-