UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GUZMAN, | CASE NO. CV F 11-01249 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | (Doc. 22.) |
| KINGS CREDIT SERVICES, | |
| Defendant. | |
| _____/ | |

Plaintiff's counsel filed papers to indicate this action has settled and to request up to 60 days to file papers to dismiss this action. Plaintiff fails to explain the need for such a lengthy time to complete settlement and to file papers to dismiss this action. As such, this Court ORDERS plaintiff, **no later than June 1, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the July 31, 2012 settlement conference, September 26, 2012 pretrial conference, and November 6, 2012 trial. These dates are subject to immediate resetting if the parties fail to complete settlement.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272. This Court ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated: April 24, 2012                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE