UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Margarita Guzman,<br><br>    Plaintiff,<br><br>  vs.<br><br>Kings Credit Services; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 1:11-cv-01249-LJO -SKO<br><br>**ORDER ON JOINT REQUEST TO EXTEND TIME TO FILE DISMISSAL** |

This Court's April 24, 2012 order required the parties, no later than June 1, 2012, to file appropriate papers to dismiss this action in its entirety, or to show good cause why the action has not been dismissed. On June 1, 2012, the parties filed their request for an extension to July 5, 2012 to dismiss this action. The parties provide no good cause for an extension. As such, this Court GRANTS the parties' a one-time extension to **June 28, 2012** to file papers to dismiss this action in its entirety. The April 24, 2012 order's admonitions remain in effect.

IT IS SO ORDERED.

Dated:   **June 1, 2012**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE