UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA GUZMAN, | CASE NO. CV-F-11-1249 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| SIERRA KINGS CREDIT SERVICES, | |
| Defendant. | |

On June 27, 2012, the parties filed a stipulation to dismiss this action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates, including the September 26, 2012 pretrial conference and November 6, 2012 jury trial are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

Dated:  June 28, 2012                                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE